IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | The Honorable R. Barclay Surrick |
| | : | |
| v. | : | Docket No. 05-440 |
| | : | |
| TIMOTHY BAUKMAN | : | |

**O R D E R**

AND NOW, to wit, this      day of          , 2008, upon consideration of Defendant's Objections and Re, and the Government's response thereto, the request for a supplemental instructions is hereby GRANTED

_____

J.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | The Honorable R. Barclay Surrick |
| | : | |
| v. | : | Docket No. 05-440 |
| | : | |
| TIMOTHY BAUKMAN | : | |

**MOTION TO SUPPLEMENTAL/OBJECTION TO INSTRUCTION**

AND NOW comes the defendant, Timothy Baukman, by his attorney, Jack McMahon, Esquire, and files this Motion to Suppress:

1. On February 29, 2008, this court gave a instruction in response to the following jury questions:

a) If multiple defendants are charges with Count 2, "Engaging in a continuing criminal enterprise, does each defendant need to have been found to have individually managed, organized or supervised 5 or more people. ?" and "Can you define direct and indirect in this charge?"

2. The Defendant believes that the court should provide an additional instruction to the jury that in order to find the defendant guilty of count two, each <u>individual</u> defendant must be found guilty of <u>each individual element of the crime.</u>

<u>                  </u>4.   The Defendant as argued by co-counsel prior to the instruction believes that the appropriate instruction should have stated that the Defendant must have directly managed, organized

or supervised five individuals other than the co-defendant.  In  addition, as was argued,  the jury should have been instructed that the Government must prove that there was an agreement between at least  five individuals that the Defendant individually was the manager, organizer, or superviser.

        Respectfully submitted,

        S//

        _____
        JACK MCMAHON, Esquire
        Attorney for Defendant,
        Timothy Baukman

        1500 Walnut Street, Suite 900
        Philadelphia, PA 19102
        (215) 985-4443
        Attorney I.D. No. 26798

## CERTIFICATE OF SERVICE

        I, Jack McMahon, Esquire do hereby certify that on February 29, 2008, I served a copy of the foregoing Motion by electronic filing:

**AUSA MICAHEL BRESNIK**

**AUSA RICHARD LLORET**

ASSISTANT U.S. ATTORNEY
615 CHESTNUT ST.
SUITE 1250
PHILA, PA 19106
TEL 215-861-8434
Fax: FAX 215-861-8618
Email: richard.lloret@usdoj.gov


**STEPHEN J. BRITT**
DONNELLY & ASSOCIATES
100 WEST ELM ST
STE 101
CONSHOHOCKEN, PA 19428


**WILLIAM T. CANNON**
WILLIAM T. CANNON, P.C.
100 S. BROAD STREET
SUITE 1910
PHILADELPHIA, PA 19110

**THOMAS C. EGAN, III**
621 SWEDE STREET
NORRISTOWN, PA 19401


**LAURENCE HARMELIN**
P.O. BOX 3574
WEST CHESTER, PA 19381


**PAUL J. HETZNECKER**
1420 WALNUT ST
STE 911
PHILADELPHIA, PA 19102

**CHRISTIAN J. HOEY**
RUBINO & HOEY, LLC
50 DARBY ROAD
PAOLI, PA 19301

**STEPHEN P. PATRIZIO**
DRANOFF & PATRIZIO, P.C.
2 PENN CENTER 1205
1500 JOHN F. KENNEDY BLVD.
PHILADELPHIA, PA 19102

**MICHAEL G. PAUL**
LAW OFFICE OF MICHAEL G. PAUL
280 AMBOY AVE
METUCHEN, NJ 08840

**WAYNE POWELL**
811 CHURCH ROAD
101 TARRAGON BLDG.
CHERRY HILL, NJ 08002

**RONALD B. THOMPSON**
RONALD B. THOMPSON, P.C.
3003 LINCOLN DR. WEST
SUITE E
MARLTON, NJ 08053

**CHRISTOPHER D. WARREN**
CHRSITOPHER D. WARREN, ATTORNEY AT LAW
1500 WALNUT STREET
SUITE 1500
PHILADELPHIA, PA 19102

        ___s//_____
        Jack McMahon