IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 05–440–8 |
| TIMOTHY BAUKMAN : | |

**O R D E R**

**AND NOW**, this 31st day of August, 2010, upon consideration of Defendant Timothy Baukman's Motion for Judgment of Acquittal (Doc. No. 767) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** that the Motion is **DENIED**.

**IT IS SO ORDERED.**

BY THE COURT:


/**s**/ *R. Barclay Surrick*_
**U.S. District Judge**