IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | |
| | : | NO. 05-440-08 |
| TIMOTHY BAUKMAN | : | |

**O R D E R**

**AND NOW**, this 10th day of March 2022, upon consideration of Defendant Timothy Baukman's Habeas Corpus Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody (ECF No. 1682), and all papers and exhibits submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

A. Defendant's Motion is **GRANTED** with respect to his request for an evidentiary hearing as to whether counsel was ineffective by allegedly failing to inform Defendant of his possible sentences and ability to enter a plea of guilty.

B. Defendant's Motion is **GRANTED** with respect to his request for an evidentiary hearing as to whether counsel's decision not to introduce the film *Menace* into evidence was ineffective assistance of counsel.

C. Defendant's Motion is **DENIED** with respect to all other requests.

**IT IS SO ORDERED.**

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**