### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA      :

                          :       CRIMINAL ACTION NO. 05-440-08

      v.                  :       CIVIL ACTION NO. 15-5562

                          :

TIMOTHY BAUKMAN         :

### ORDER

**AND NOW**, this 5th day of August 2024, upon consideration of Defendant Timothy

Baukman's Habeas Corpus Motion Under 28 U.S.C. § 2266 to Vacate, Set Aside, Or Correct

Sentence by A Person In Federal Custody (ECF No. 1682) and Amended Motion Under 28 U.S.C.

§ 2266 to Vacate, Set Aside, Or Correct Sentence by A Person In Federal Custody (ECF No.

1693), and all documents submitted in support thereof and in opposition thereto and after an

evidentiary hearing on January 26, 2023, it is **ORDERED** that the Motions are **DENIED**.   A

certificate of appealability is **DENIED**.

      **IT IS SO ORDERED.**

                                             **BY THE COURT:**

                                       */s/ R. Barclay Surrick*

                                        **R. BARCLAY SURRICK, J.**