## IN THE UNITED STATES DISTRICT COURT
## FOR THE PENNSYLVANIA EASTERN

UNITED STATES OF AMERICA,

       Plaintiff,

v.

                                              Criminal Action No.:  05-440-08
                                              Civil Action No.: 15-5562

TIMOTHY BAUKMAN

       Defendant,

_____/

### NOTICE OF APPEAL

       COMES NOW, Defendant Timothy Baukman with his Notice of Appeal pursuant to Rule

4(a)(1)(B)(i), of the Federal Rules of Appellate Procedure, on the District Court's Order entered

on August 5, 2024. (Doc. No: 1943).

       Done this _24_, of September 2024

_____

Timothy Baukman
Reg. # 60388-066
FMC Devens
P.O. Box 879
Ayer, MA 01432

## CERTIFICATE OF SERVICE

I HEREBY DO CERTIFY, that a true and correct copy of this motion was mailed to the recipients noted below sufficient First Class Postage with sufficient First Class Postage:

US Attorney's Office
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106

Done this _24_, of September 2024

Timothy Baukman
Reg. # 60388-066
FMC Devens
P.O. Box 879
Ayer, MA 01432

Timothy Baukman
Reg. # 60388-066
FMC Devens
P.O. Box 879
Ayer, MA 01432

Legal Mail
09/24/2024

U.S.M.S.
X-RAY



MIAMI FL 330

25 SEP 2024 PM 6 L

USDC EDPA
US FEDERAL COURT HOUSE
601 MARKET ST RM 20713
PHILADELPHIA, PA 19106-1704



RECEIVED
SEP 30 2024
U.S.C.A. 3rd. CIR.



FREEDOM FOREVER USA