**ALD-095**
# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No. **24-2856**

UNITED STATES OF AMERICA

v.

TIMOTHY BAUKMAN, a/k/a TAUHEED BAUKMAN a/k/a T DOG a/k/a TIM GOTTI, appellant

(E.D. Pa. Civ. No. 2:05-cr-00440-008)

Present: BIBAS, PORTER, and MONTGOMERY-REEVES, Circuit Judges

    Submitted is Appellant's request for a certificate of appealability under 28 U.S.C. § 2253(c)(1) and brief in support in the above-captioned case.

    Respectfully,
    Clerk

_____ORDER_____

    Appellant Timothy Baukman seeks a certificate of appealability (COA) to proceed with an appeal of the District Court's March 10, 2022 and August 5, 2024 orders denying his motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. The request for a certificate of appealability is granted with respect to whether the District Court correctly denied Baukman's claim that his attorney was constitutionally ineffective by failing to inform him of the potential for a sentence reduction by entering an open guilty plea. See generally Molina-Martinez v. United States, 578 U.S. 189, 200 (2016); United States v. Sepling, 944 F.3d 138, 152–53 (3d Cir. 2019). We are satisfied "that jurists of reason would find it debatable whether the [motion] states a valid claim of the denial of a constitutional right." Slack v. McDaniel, 529 U.S. 473, 484 (2000); see generally Goldblum v. Klem, 510 F.3d 204, 214 (3d Cir. 2007) (stressing that the COA inquiry is preliminary). The application is otherwise denied for substantially the reasons provided by the District Court.

    By the Court,

    s/David J. Porter
    Circuit Judge

Dated: September 12, 2025
cc:    Francis A. Weber, Esq.
       Robert A. Zauzmer, Esq.

Appeal No. 24-2856
United States v. Timothy Baukman
Page 2

cc: Timothy Baukman
Wilfred T. Beaye, Jr., Esq.
George G. Gordon, Esq.

**A True Copy:**

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk